IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Khalilah Raqaiyah Hunter | § | CASE NO. 24-32553-H3-13 |
| | § | |
| Debtor(s) | § | Chapter 13 |
| | § | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF GREENSPOINT LANDING CONDO ASSOC, INC.

CAME ON FOR CONSIDERATION the Debtor's Objection to the Proof of Claim Number 16 filed by Greenspoint Landing Condo Assoc, Inc, dated August 12, 2024, in the claim amount of $3,669.54, and this Court having reviewed the pleadings and other matters has determined that Greenspoint Landing Condo Assoc, Inc. is ordered to amend the secured proof of claim number 16 filed on August 12, 2024 in the amount of $2,288.95.

**SIGNED this \_\_\_\_ day of _____, 2024.**

_____
EDUARDO V. RODRIGUEZ
U.S. Bankruptcy Judge