**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   Contact phone _____

   Contact email _____

   **Where should payments to the creditor be sent?** (if different)

   _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   Contact phone _____

   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                          MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                                  **Proof of Claim**                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ❑ No
   ❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____. **Does this amount include interest or other charges?**
   ❑ No
   ❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   _____

9. **Is all or part of the claim secured?**
   ❑ No
   ❑ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ❑ Motor vehicle
   ❑ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ❑ Fixed
   ❑ Variable

10. **Is this claim based on a lease?**
    ❑ No
    ❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ❑ No
    ❑ Yes. Identify the property: _____

Official Form 410        **Proof of Claim**        page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
      First name        Middle name        Last name

Title  _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number        Street

         _____
         City                        State       ZIP Code

Contact phone  _____    Email  _____

Official Form 410                    **Proof of Claim**                    page 3

Case 24-32553 Document 49-2 07/12/24 TXSB on 09/16/22 Page 1 of 4
Case 24-32553 Document 49-2 Filed on 09/16/24 in TXSB Page 1 of 4
OPEN ACCOUNT STATEMENT

## Greenspoint Landing Condo. Assoc.

6842 N. Sam Houston Parkway W.

Houston, Texas 77064

KHALILAH HUNTER  
17210 IMPERIAL VALLEY DR #49 49  
HOUSTON, TX  77060

**Property Address:** 17210 IMPERIAL VALLEY DR #49 49  
**Account #:** 275070

| Code | Date | Amount | Applied | Remaining | Balance | Check# | Memo |
|---|---|---|---|---|---|---|---|
| Payment-LB-New1st-0318 | 7/24/2019 | -225.60 | 225.60 | 0.00 | 0.00 | 4071 | DP 05/30/19 |
| Payment-New1st 4726 | 7/26/2019 | -243.00 | 243.00 | 0.00 | 0.00 | 2588692052 | HUNTER |
| 2019 Assessment | 8/1/2019 | 225.22 | 225.22 | 0.00 | 0.00 | | 2019 Monthly Assessment |
| 2019 Special Assessment | 8/1/2019 | 17.40 | 17.40 | 0.00 | 0.00 | | 2019 Special Assessmen |
| 2019 Assessment | 9/1/2019 | 225.22 | 225.22 | 0.00 | 0.00 | | 2019 Monthly Assessment |
| 2019 Special Assessment | 9/1/2019 | 17.40 | 17.40 | 0.00 | 0.00 | | 2019 Special Assessmen |
| Payment-New1st 4726 | 9/5/2019 | -226.00 | 226.00 | 0.00 | 0.00 | 984383007 | HUNTER |
| 2019 Assessment | 10/1/2019 | 225.22 | 225.22 | 0.00 | 0.00 | | 2019 Monthly Assessment |
| 2019 Special Assessment | 10/1/2019 | 17.40 | 17.40 | 0.00 | 0.00 | | 2019 Special Assessmen |
| Payment-New1st 4726 | 10/4/2019 | -226.00 | 226.00 | 0.00 | 0.00 | 941086261 | HUNTER |
| 2019 Assessment | 11/1/2019 | 225.22 | 225.22 | 0.00 | 0.00 | | 2019 Monthly Assessment |
| 2019 Special Assessment | 11/1/2019 | 17.40 | 17.40 | 0.00 | 0.00 | | 2019 Special Assessment |
| Payment-New1st 4726 | 11/21/2019 | -226.00 | 226.00 | 0.00 | 0.00 | 944315357 | HUNTER |
| 2019 Assessment | 12/1/2019 | 225.22 | 225.22 | 0.00 | 0.00 | | 2019 Monthly Assessment |
| 2019 Special Assessment | 12/1/2019 | 17.40 | 17.40 | 0.00 | 0.00 | | 2019 Special Assessment |
| Payment-New1st 4726 | 12/11/2019 | -226.00 | 226.00 | 0.00 | 0.00 | 944341782 | HUNTER |
| 2020 Assessment | 1/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 1/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| 2020 Assessment | 2/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 2/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| 2020 Assessment | 3/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 3/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| 2020 Assessment | 4/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 4/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| 2020 Assessment | 5/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 5/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Collection Certified Notice | 5/11/2020 | 25.00 | 25.00 | 0.00 | 0.00 | | Certified Collection Notice |
| Payment-New1st 4726 | 5/22/2020 | -243.00 | 243.00 | 0.00 | 0.00 | 47217 | HUNTER |
| Collection Certified Notice | 5/28/2020 | 25.00 | 25.00 | 0.00 | 0.00 | | Certified Collection Lt. |
| 2020 Assessment | 6/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 6/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Payment-New1st 4726 | 6/11/2020 | -443.76 | 443.76 | 0.00 | 0.00 | 47284 | Hunter |
| Payment-New1st 4726 | 6/30/2020 | -450.00 | 450.00 | 0.00 | 0.00 | 2648 | HUNTER |
| 2020 Assessment | 7/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 7/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Collection Certified Notice | 7/28/2020 | 25.00 | 25.00 | 0.00 | 0.00 | | Certified Collection Lt. |
| 2020 Assessment | 8/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 8/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Payment-LB-New1st-0318 | 8/14/2020 | -268.00 | 268.00 | 0.00 | 0.00 | 2650 | STERLING08142020.txt |

Sterling Association Services, Inc.- Corporate | 6842 N. Sam Houston Parkway W. | Houston, Texas 77064 | 832-678-4500  
**Make check payable to: Greenspoint Landing Condo. Assoc.**

5/30/2024    Page 1 of 4

# ACCOUNT STATEMENT

## Greenspoint Landing Condo. Assoc.

6842 N. Sam Houston Parkway W.

Houston, Texas 77064

| Code | Date | Amount | Applied | Remaining | Balance | Check# | Memo |
|---|---|---|---|---|---|---|---|
| Payment-LB-New1st-0318 | 8/24/2020 | -243.00 | 243.00 | 0.00 | 0.00 | 4019 | STERLING08242020.txt |
| 2020 Assessment | 9/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 9/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Payment-LB-New1st-0318 | 9/25/2020 | -243.00 | 243.00 | 0.00 | 0.00 | 2622 | STERLING09252020.txt |
| 2020 Assessment | 10/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 10/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Payment-LB-New1st-0318 | 10/23/2020 | -243.00 | 243.00 | 0.00 | 0.00 | 4019 | STERLING10232020.txt |
| 2020 Assessment | 11/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 11/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| Payment-LB-New1st-0318 | 11/20/2020 | -243.00 | 243.00 | 0.00 | 0.00 | 4019 | STERLING11202020.txt |
| 2020 Assessment | 12/1/2020 | 225.22 | 225.22 | 0.00 | 0.00 | | 2020 Monthly Assessment |
| 2020 Special Assessment | 12/1/2020 | 17.40 | 17.40 | 0.00 | 0.00 | | 2020 Special Assessment |
| 2021 Special Assessment | 1/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| 2021 Assessment | 1/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| Payment-New1st 4726 | 1/5/2021 | -266.00 | 266.00 | 0.00 | 0.00 | 168862453 | HUNTER |
| Payment-New1st 4726 | 1/22/2021 | -243.00 | 243.00 | 0.00 | 0.00 | 172018661 | HUNTER |
| 2021 Assessment | 2/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Special Assessment | 2/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| 2021 Assessment | 3/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Special Assessment | 3/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| Payment-New1st 4726 | 3/4/2021 | -263.00 | 263.00 | 0.00 | 0.00 | 229862986 | HUNTER |
| Payment-New1st 4726 | 3/18/2021 | -243.00 | 243.00 | 0.00 | 0.00 | 229703913 | HUNTER |
| 2021 Assessment | 4/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Special Assessment | 4/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| Payment-New1st 4726 | 4/20/2021 | -243.00 | 243.00 | 0.00 | 0.00 | 230097267 | HUNTER |
| 2021 Assessment | 5/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Special Assessment | 5/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| 2021 Assessment | 6/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Special Assessment | 6/1/2021 | 17.40 | 17.40 | 0.00 | 0.00 | | 2021 Special Assessment |
| Payment-New1st 4726 | 6/7/2021 | -93.00 | 93.00 | 0.00 | 0.00 | 276151967 | HUNTER |
| Payment-New1st 4726 | 6/18/2021 | -243.00 | 243.00 | 0.00 | 0.00 | 273518537 | HUNTER |
| 2021 Assessment | 7/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Assessment | 8/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| 2021 Assessment | 9/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| Payment-New1st 4726 | 9/10/2021 | -243.00 | 243.00 | 0.00 | 0.00 | 287088682 | KHALILAH |
| Collection Certified Notice | 9/26/2021 | 25.00 | 25.00 | 0.00 | 0.00 | | Certified Collection Lt. |
| 2021 Assessment | 10/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| Payment-New1st 4726 | 10/8/2021 | -253.00 | 253.00 | 0.00 | 0.00 | 287632427 | HUNTER |
| 2021 Assessment | 11/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| Payment-New1st 4726 | 11/8/2021 | -253.00 | 253.00 | 0.00 | 0.00 | 277301814 | HUNTER |
| 2021 Assessment | 12/1/2021 | 225.22 | 225.22 | 0.00 | 0.00 | | 2021 Monthly Assessment |
| Payment-New1st 4726 | 12/21/2021 | -257.00 | 257.00 | 0.00 | 0.00 | 314171291 | HUNTER |
| 2022 Assessment | 1/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| 2022 Assessment | 2/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 2/14/2022 | -253.00 | 253.00 | 0.00 | 0.00 | 287327496 | Hunter |
| 2022 Assessment | 3/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |

Sterling Association Services, Inc.- Corporate | 6842 N. Sam Houston Parkway W. | Houston, Texas 77064 | 832-678-4500

**Make check payable to: Greenspoint Landing Condo. Assoc.**

# ACCOUNT STATEMENT
## Greenspoint Landing Condo. Assoc.
6842 N. Sam Houston Parkway W.

Houston, Texas 77064

| Code | Date | Amount | Applied | Remaining | Balance | Check# | Memo |
|---|---|---|---|---|---|---|---|
| Payment-New1st 4726 | 3/10/2022 | -243.00 | 243.00 | 0.00 | 0.00 | 270598463 | MissApplied DP 07/21/21 |
| Legal Fees-Collection | 3/21/2022 | 106.23 | 106.23 | 0.00 | 0.00 | | Holt&Young 02/28/22#15891 |
| Payment-New1st 4726 | 3/30/2022 | -254.99 | 254.99 | 0.00 | 0.00 | 344128394 | HUNTER |
| 2022 Assessment | 4/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| Legal Fees-Collection | 4/21/2022 | 96.00 | 96.00 | 0.00 | 0.00 | | Holt&Young 03/3122 #15957 |
| Payment-New1st 4726 | 4/27/2022 | -509.98 | 509.98 | 0.00 | 0.00 | 5983 | HUNTER |
| 2022 Assessment | 5/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 5/3/2022 | -254.99 | 254.99 | 0.00 | 0.00 | 385924107 | HUNTER |
| 2022 Assessment | 6/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 6/14/2022 | -1,014.01 | 1,014.01 | 0.00 | 0.00 | 8168 | TX DEPT OF HOUSING |
| 2022 Assessment | 7/1/2022 | 249.99 | 249.99 | 0.00 | 0.00 | | 2022 Monthly Assessment |
| Penalty & Interest | 7/26/2022 | 0.87 | 0.00 | 0.87 | 0.87 | | 1stNotice |
| 2022 Assessment | 8/1/2022 | 249.99 | 249.99 | 0.00 | 0.87 | | 2022 Monthly Assessment |
| Penalty & Interest | 8/26/2022 | 2.95 | 0.00 | 2.95 | 3.82 | | 1stNotice |
| 2022 Assessment | 9/1/2022 | 249.99 | 249.99 | 0.00 | 3.82 | | 2022 Monthly Assessment |
| Payment-LB-New1st-0318 | 9/2/2022 | -150.00 | 150.00 | 0.00 | 3.82 | 4019 | STERLING09022022.txt |
| Penalty & Interest | 9/26/2022 | 3.79 | 0.00 | 3.79 | 7.61 | | 1stNotice |
| 2022 Assessment | 10/1/2022 | 249.99 | 249.99 | 0.00 | 7.61 | | 2022 Monthly Assessment |
| Penalty & Interest | 10/26/2022 | 5.87 | 0.00 | 5.87 | 13.48 | | Certified Collection Lt. |
| Collection Certified Notice | 10/26/2022 | 25.00 | 0.00 | 25.00 | 38.48 | | Certified Collection Lt. |
| 2022 Assessment | 11/1/2022 | 249.99 | 249.99 | 0.00 | 38.48 | | 2022 Monthly Assessment |
| Penalty & Interest | 11/26/2022 | 7.95 | 0.00 | 7.95 | 46.43 | | Pre-Attny |
| 2022 Assessment | 12/1/2022 | 249.99 | 249.99 | 0.00 | 46.43 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 12/1/2022 | -260.00 | 260.00 | 0.00 | 46.43 | 283859891 | HUNTER |
| Penalty & Interest | 12/26/2022 | 5.70 | 0.00 | 5.70 | 52.13 | | Pay Plan |
| Payment-LB-New1st-0318 | 12/28/2022 | -260.00 | 260.00 | 0.00 | 52.13 | 45028711 | Hunter |
| 2023 Assessment | 1/1/2023 | 267.49 | 267.49 | 0.00 | 52.13 | | 2022 Monthly Assessment |
| Penalty & Interest | 1/26/2023 | 1.79 | 0.00 | 1.79 | 53.92 | | Pay Plan |
| Payment-New1st 4726 | 1/26/2023 | -737.00 | 737.00 | 0.00 | 53.92 | 1009942 | HUNTER |
| 2023 Assessment | 2/1/2023 | 267.49 | 267.49 | 0.00 | 53.92 | | 2022 Monthly Assessment |
| Penalty & Interest | 2/26/2023 | 4.02 | 0.00 | 4.02 | 57.94 | | 1stNotice |
| Late Fee | 2/26/2023 | 5.00 | 0.00 | 5.00 | 62.94 | | 1stNotice |
| 2023 Assessment | 3/1/2023 | 267.49 | 267.49 | 0.00 | 62.94 | | 2022 Monthly Assessment |
| Penalty & Interest | 3/26/2023 | 6.25 | 0.00 | 6.25 | 69.19 | | 1stNotice |
| Late Fee | 3/26/2023 | 5.00 | 0.00 | 5.00 | 74.19 | | 1stNotice |
| 2023 Assessment | 4/1/2023 | 267.49 | 267.49 | 0.00 | 74.19 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 4/14/2023 | -400.00 | 400.00 | 0.00 | 74.19 | 517829578 | HUNTER |
| Penalty & Interest | 4/26/2023 | 5.14 | 0.00 | 5.14 | 79.33 | | Certified Collection Lt. |
| Collection Certified Notice | 4/26/2023 | 25.00 | 0.00 | 25.00 | 104.33 | | Certified Collection Lt. |
| 2023 Assessment | 5/1/2023 | 267.49 | 267.49 | 0.00 | 104.33 | | 2022 Monthly Assessment |
| Penalty & Interest | 5/26/2023 | 7.37 | 0.00 | 7.37 | 111.70 | | 1stNotice |
| Late Fee | 5/26/2023 | 5.00 | 0.00 | 5.00 | 116.70 | | 1stNotice |
| 2023 Assessment | 6/1/2023 | 267.49 | 267.49 | 0.00 | 116.70 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 6/21/2023 | -200.00 | 200.00 | 0.00 | 116.70 | 19-5309009 | HUNTER |
| Penalty & Interest | 6/26/2023 | 7.93 | 0.00 | 7.93 | 124.63 | | Attorney |
| 2023 Assessment | 7/1/2023 | 267.49 | 267.49 | 0.00 | 124.63 | | 2022 Monthly Assessment |

# ACCOUNT STATEMENT

## Greenspoint Landing Condo. Assoc.

### 6842 N. Sam Houston Parkway W.

### Houston, Texas 77064

| Code | Date | Amount | Applied | Remaining | Balance | Check# | Memo |
|---|---|---|---|---|---|---|---|
| Penalty & Interest | 7/26/2023 | 10.16 | 0.00 | 10.16 | 134.79 | | Attorney |
| 2023 Assessment | 8/1/2023 | 267.49 | 267.49 | 0.00 | 134.79 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 8/2/2023 | -1,020.00 | 1,020.00 | 0.00 | 134.79 | 000101865 | HOLT TOLLETT/ HFCU |
| Payment-New1st 4726 | 8/18/2023 | -260.00 | 260.00 | 0.00 | 134.79 | 1020220 | HUNTER/atty oked |
| Penalty & Interest | 8/26/2023 | 3.89 | 0.00 | 3.89 | 138.68 | | Attorney |
| 2023 Assessment | 9/1/2023 | 267.49 | 267.49 | 0.00 | 138.68 | | 2022 Monthly Assessment |
| Legal Fees-Collection | 9/21/2023 | 202.95 | 0.00 | 202.95 | 341.63 | | Holt&Tollett 07/31/23 #16950 |
| Penalty & Interest | 9/26/2023 | 3.95 | 0.00 | 3.95 | 345.58 | | Attorney |
| 2023 Assessment | 10/1/2023 | 267.49 | 178.71 | 88.78 | 434.36 | | 2022 Monthly Assessment |
| Penalty & Interest | 10/26/2023 | 6.18 | 0.00 | 6.18 | 440.54 | | Attorney |
| 2023 Assessment | 11/1/2023 | 267.49 | 0.00 | 267.49 | 708.03 | | 2022 Monthly Assessment |
| Payment-New1st 4726 | 11/8/2023 | -383.49 | 383.49 | 0.00 | 708.03 | 571704607 | Atty oked/Hunter |
| Penalty & Interest | 11/26/2023 | 5.22 | 0.00 | 5.22 | 713.25 | | Attorney |
| 2023 Assessment | 12/1/2023 | 267.49 | 0.00 | 267.49 | 980.74 | | 2022 Monthly Assessment |
| Penalty & Interest | 12/26/2023 | 7.44 | 0.00 | 7.44 | 988.18 | | Attorney |
| 2024 Assessment | 1/1/2024 | 283.54 | 0.00 | 283.54 | 1,271.72 | | 2024 Monthly Assessment |
| Penalty & Interest | 1/26/2024 | 9.81 | 0.00 | 9.81 | 1,281.53 | | Attorney |
| 2024 Assessment | 2/1/2024 | 283.54 | 0.00 | 283.54 | 1,565.07 | | 2024 Monthly Assessment |
| Payment-New1st 4726 | 2/14/2024 | -269.99 | 269.99 | 0.00 | 1,565.07 | 591752712 | Hunter/ATTY oked |
| Penalty & Interest | 2/26/2024 | 9.92 | 0.00 | 9.92 | 1,574.99 | | Attorney |
| 2024 Assessment | 3/1/2024 | 283.54 | 0.00 | 283.54 | 1,858.53 | | 2024 Monthly Assessment |
| 2024 Assessment | 4/1/2024 | 283.54 | 0.00 | 283.54 | 2,142.07 | | 2024 Monthly Assessment |
| Penalty & Interest | 4/26/2024 | 14.64 | 0.00 | 14.64 | 2,156.71 | | Attorney |
| 2024 Assessment | 5/1/2024 | 283.54 | 0.00 | 283.54 | 2,440.25 | | 2024 Monthly Assessment |
| Legal Fees-Collection | 5/23/2024 | 655.89 | 0.00 | 655.89 | 3,096.14 | | Holt&Tollett 05/16/24 #17552 |
| Penalty & Interest | 5/26/2024 | 17.01 | 0.00 | 17.01 | 3,113.15 | | Attorney |

| Current | 30 - 59 Days | 60 - 89 Days | >90 Days | Balance: | 3,113.15 |
|---|---|---|---|---|---|
| 956.44 | 298.18 | 0.00 | 1,858.53 | | |