IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Khalilah Raqaiyah Hunter | § | CASE NO. 24-32553- |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY REGARDING PROOF OF CLAIM OF GREENDSPOINT LANDING CONDO ASSOC, INC., CLAIM NO. 16

The undersigned ("Declarant(s)") hereby make this unsworn declaration under penalty of perjury. This declaration is in connection with an objection to the following described proof of claim (the "Proof of Claim"):

Claimant:   Greenspoint Landing Condo Assoc, Inc
Date of Proof of Claim:   August 12, 2024
Amount of Proof of Claim:   $3,699.54

In connection with the Proof of Claim, the Claim does not contain proper documentation to support the Claim. The Claim is charging Penalty & Interest on a zero balance. The Claim also does not account for all payments that have been made.

Dated:   September 6, 2024

*Khalilah Hunter*
Khalilah Hunter (Sep 9, 2024 08:23 CDT)

Khalilah R. Hunter

**THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY**